

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JUDY LYNETTE WHITE,<br>　　　　Plaintiff,<br><br>vs.<br><br>TRULUCK ENTERPRISES, INC.,<br>TRUCOLOR PRINTING, MAILING,<br>　DOCUMENT SERVICES, J. RAY<br>　TRULUCK, JR., and GARY WILLIAM<br>SOUTHERN,<br>　　　　Defendants. | CIVIL ACTION NO. 6:09-1370-HFF-WMC |

## ORDER

This case was filed as a sex discrimination action. Plaintiff is represented by counsel. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the motions to dismiss be denied without prejudice to the right of any defendant to file such motions addressed to the amended complaint (or to the original complaint if Plaintiff does not amend by the deadline). The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on June 24 , 2009, but Defendants failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that Defendants' motions to dismiss be **DENIED** without prejudice to the right of any defendant to file such motions addressed to the amended complaint (or to the original complaint if Plaintiff does not amend by the deadline).

**IT IS SO ORDERED**.

Signed this 20th day of July, 2009, in Spartanburg, South Carolina.

s/ Henry F. Floyd  
HENRY F. FLOYD  
UNITED STATES DISTRICT JUDGE